JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO FRANKIE ARRIAGA, | Case No. LA CV 14-0008 AG (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FREDERICK FOULK, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 30, 2015

_____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE